# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Wadsworth Brothers Construction Company, Inc., a Utah Corporation, | ) ) ) |
| Plaintiff, | ) **ORDER** ) ) |
| vs. | ) ) |
| Fisher Sand & Gravel Co., a North Dakota corporation, and Jane/John Does Nos. 1-20, | ) ) Case No. 1:12-cv-062 ) |
| Defendants. | ) |

Before the court is a Stipulation for Extension of Time to File an Answer to the Complaint filed by the parties on May 31, 2012. Therein, they stipulation that plaintiff may amend its complaint at any time up until June 29, 2012, and that, upon filing of the amended complaint, defendants shall have two weeks to file an answer or otherwise respond. The court **ADOPTS** the parties' stipulation (Docket No. 28).

**IT IS SO ORDERED.**

Dated this 1st day of June, 2012.

>　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
>　　　　　　　　　　　Charles S. Miller, Jr.
>　　　　　　　　　　　United States Magistrate Judge