IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Wadsworth Brothers Construction Company, Inc., a Utah corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) ) | |
| Fisher Sand & Gravel Co., a North Dakota corporation; Jane/John Does Nos. 1-20, | ) ) ) | |
| | ) | Case No. 1:12-cv-062 |
| Defendants. | ) | |

Before the court are Defendant Fisher Sand & Gravel Co.'s motions for attorneys Kent B. Scott and Jeffrey R. Handy to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Kent B. Scott and Jeffrey R. Handy have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk.  Accordingly, Defendant Fisher Sand & Gravel Co.'s motions (Docket Nos. 32 and 33) are **GRANTED**.  Attorneys Kent B. Scott and Jeffrey R. Handy are admitted to practice before this court in the above-entitled action on behalf of Defendant Fisher Sand & Gravel Co.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge