# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Wadsworth Brothers Construction Company, Inc., a Utah corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Fisher Sand & Gravel Co., a North Dakota corporation, and Jane/John Does Nos. 1-20, | ) ) ) ) | Case No. 1:12-cv-062 |
| Defendants. | ) | |

On June 27, 2012, the parties filed a Stipulation for Extension of Time to File An Answer to the Amended Complaint. The court **ADOPTS** the parties stipulation (Docket No. 35).  Plaintiff may file an amended complaint.  Its amended complaint shall be filed on or before July 13, 2012. Defendant Fisher Sand & Gravel Co. shall not be required to file an Answer to the Complaint, but rather shall file an Answer to the Amended Complaint within two (2) weeks of it being filed with the Clerk of this Court.

**IT IS SO ORDERED.**

Dated this 28th day of June, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge