**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Wadsworth Brothers Construction Company, Inc., a Utah Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Fisher Sand & Gravel Co., a North Dakota Corporation; Jane/John Does Nos. 1-20, | ) ) ) | Case No. 1:12-cv-062 |
| Defendants. | ) | |

On October 4, 2012, defendant filed notice of substitution of counsel. Accordingly, the court **GRANTS** attorneys Randall N. Sicker and Kent B. Scott leave to withdraw. Attorney Randall J. Bakke shall be substituted as counsel of record for Defendant Fisher Sand & Gravel Co.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge